UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN MEEHAN,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES AMERICA,<br><br>  Defendant. | Case No. 25-cv-00978-EKL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On November 25, 2024, Plaintiff Barbara Ann Meehan ("Plaintiff") filed this action in pro se against the St. James Park Post Office in Santa Clara County Superior Court. ECF No. 1-1. On January 30, 2025, Defendant removed the case to federal court.[1] ECF No. 1. Defendant filed certificates of service of the notice of removal by Federal Express and email. ECF Nos. 4, 5. On February 6, 2025, Defendant filed a motion to dismiss the complaint. ECF No. 6. Plaintiff did not respond to the motion to dismiss by the February 20, 2025 deadline. On March 3, 2025, Magistrate Judge Susan van Keulen ordered Defendant to serve Plaintiff with the motion to dismiss by U.S. mail and by email, and ordered Plaintiff to respond to the motion to dismiss and to file a consent or declination to proceed before a magistrate judge by March 24, 2025. ECF No. 8. Defendant filed a certificate of service of the motion to dismiss on March 7, 2025. ECF No. 9. Having received no response from Plaintiff as to the consent to proceed before a magistrate judge, the case was reassigned to the undersigned on March 31, 2025. ECF No. 13.

As of the date of this Order, Plaintiff has not appeared in this Court, nor has she filed an opposition or other response to the motion to dismiss. Further, all certified mail sent to Plaintiff's

---

[1] Upon removal, Defendant the United States of America ("Defendant") was automatically substituted for St. James Park Post Office. *See* ECF No. 1 ¶ 3.

address of record has been returned as undeliverable. ECF Nos. 11, 15, 16.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than May 19, 2025, why the case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Alternatively, Plaintiff may file an opposition or response to the motion to dismiss by May 19, 2025. If Plaintiff files an opposition by that date, Defendant may file a reply by May 26, 2025. Plaintiff is further ORDERED to provide the Court with a current address where she may be reached.

**If Plaintiff fails to file an opposition or other response to the pending motion to dismiss by May 19, 2025, this action will be DISMISSED without prejudice for failure to prosecute**. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: April 28, 2025

Eumi K. Lee
United States District Judge