UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN MEEHAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES AMERICA,<br><br>    Defendant. | Case No. 25-cv-00978-EKL<br><br>**ORDER OF DISMISSAL** |

Plaintiff Barbara Ann Meehan ("Plaintiff") filed this action in pro se against the St. James Park Post Office in Santa Clara County Superior Court. ECF No. 1-1. On January 30, 2025, Defendant timely removed the case to federal court.[1] ECF No. 1. Defendant filed certificates of service of the notice of removal by Federal Express and email. ECF Nos. 4, 5. On February 6, 2025, Defendant filed a motion to dismiss the complaint. ECF No. 6. Plaintiff did not respond to the motion to dismiss by the February 20, 2025 deadline. On March 3, 2025, Magistrate Judge Susan van Keulen ordered Defendant to serve Plaintiff with the motion to dismiss by U.S. mail and by email, and ordered Plaintiff to respond to the motion to dismiss and to file a consent or declination to proceed before a magistrate judge by March 24, 2025. ECF No. 8. Defendant filed a certificate of service of the motion to dismiss on March 7, 2025. ECF No. 9. Having received no response from Plaintiff as to the consent to proceed before a magistrate judge, the case was reassigned to the undersigned on March 31, 2025. ECF No. 13. On April 28, 2025, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute, directing Plaintiff to file a written response by May 19, 2025. ECF No. 17.

---

[1] Upon removal, Defendant the United States of America ("Defendant") was automatically substituted for St. James Park Post Office. *See* ECF No. 1 ¶ 3.

1    As of the date of this order, Plaintiff has not filed a response to the motion to dismiss or
2 otherwise responded to the Court's order to show cause.  Accordingly, based on Plaintiff's failure
3 to respond, and for the reasons stated in its April 28, 2025 order, the Court DISMISSES this action
4 without prejudice.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated:  June 9, 2025

Eumi K. Lee
United States District Judge